CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, JAMES ZARIAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>    Plaintiff,<br><br>  v.<br><br>TRIPLE M PROPERTIES, a General Partnership;<br>DALE PLAINE, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 8:19-CV-01951-JLS-DFM<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: January 20, 2020      CENTER FOR DISABILITY ACCESS


                By: /s/ Amanda Lockhart Seabock
                    Amanda Lockhart Seabock
                    Attorneys for Plaintiff