CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff, James Zarian

Steven R. Platt (State Bar No. 245510)
splatt@pmcos.com
PARKER MILLIKEN CLARK O'HARA & SAMUELIAN,
 A Professional Corporation
555 South Flower Street, 30th Floor
Los Angeles, CA 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
Attorneys for Defendant
 Dale Plaine, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN, | Case: 8:19-CV-01951-JLS-DFM |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| TRIPLE M PROPERTIES, a General Partnership; DALE PLAINE, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 10, 2020    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: February 10, 2020    PARKER MILLIKEN CLARK O'HARA & SAMUELIAN

By: /s/ Steven R. Platt
Steven R. Platt
Attorneys for Defendant
Dale Plaine, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Steven R. Platt, counsel for Dale Plaine, Inc., respectively, and that I have obtained Mr. Platt's authorization to affix his electronic signature to this document.

Dated: February 10, 2020　　　CENTER FOR DISABILITY ACCESS

By: __/s/ Amanda Lockhart Seabock__
　　　Amanda Lockhart Seabock
　　　Attorneys for Plaintiff